# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED HEINZ REUMAYR, | Case No. CV 10-9051-DSF (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ERIC HOLDER, et al., | |
| Respondents. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 5/31/11

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE